UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PETER MICHAEL FORTEAU
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ (___) (___)

-against-

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

HEALTH AND HOSPITAL CORPORATION
KAMRUL KHAN M.D
MD JAY PASCUAL
MR JIMENEZ R.N
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**15CV 9686**

I, CURTIS PETER MICHAEL FORTEAU, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _____

   a) Are you receiving any public benefits?         ☑ No.     ☐ Yes, $_____.
   b) Do you receive any income from any other source?   ☑ No.     ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   I AM POOR PIEACE GRANT PIEACE MY TRUTH COMPIETE CORRECT POOR PERSON RELIEF PIEACE RIGHT NOW MANY COURT PIEACE MATTERS IN PROGRESS COMPIETE PIEACE JUDGE PROVIDE TRUTH COMPIETE PIEACE COMPREHEND CORRECT

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  20   day of   11  , 2015.
             date            month       year

_Curtis Peter Michael Fortean_
Signature