UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PETER MICHAEL FORTEAU

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

HEAlTH ANd HoSPiTAl CoRPORTION
KAMRULKHAN M.D
CITY OF NEW YORK
MD JAY PASCUAl
CENTRAl NEW YORK PSYCHIATRIC CENTER
SHTA VELEZ. LAST NAME.
PSYCHOLOGIST YEVE JEAN R.N
DOCTOR SHEKU MAGONA M.D
CORRECTION OFFICER AUBIN (LAST NAME)
DOCTOR KILUVIA (LAST NAME) M.D

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 10 PM 3:32

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

**15CV 9686**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name CURTIS PETER MICHAEL FORTEAU
ID # 14A3317
Current Institution GREAT MEAdOW CORRECTIONAl FACILITY
Address P.O BOX 51
COMSTOCK NY 12821.0051

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name HEAlTH ANd HoSPiTAl CORPORATION  Shield # _____
Where Currently Employed HEAlTH ANd HoSPiTAl CORPORATION
Address 125 WORTH STREET SUITE 510
NEW YORK N.Y 10013

Defendant No. 2  Name **KIRBY FORENSIC PSYCHIATRIC CENTER**  Shield # _____
Where Currently Employed **KIRBY FORENSIC PSYCHIATRIC CENTER**
Address **600 EAST 125 STREET**
**WARDS ISLAND NY 10035-6098**

Defendant No. 3  Name **KAMRUL KHAN M.D**  Shield # _____
Where Currently Employed **CENTRAL NEW YORK PSYCHIATRIC CENTER**
Address **Old RIVER ROAD P.O BOX 300**
**MARCY NY 13403 OR 13404-0300**

Defendant No. 4  Name **JAY PASCUAL M.D**  Shield # _____
Where Currently Employed **KIRBY FORENSIC PSYCHIATRIC CENTER**
Address **600 EAST 125 STREET**
**WARDS ISLAND NY 10035-6098**

*LAST NAME*
Defendant No. 5  Name **MR. JIMENEZ R.N**  Shield # _____
Where Currently Employed **KIRBY FORENSIC PSYCHIATRIC CENTER**
Address **600 EAST 125 STREET**
**WARDS ISLAND NY 10035-6098**

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
**CENTRAL NEW YORK PSYCHIATRIC CENTER**

B. Where in the institution did the events giving rise to your claim(s) occur?
**MEDICAL ROOM - HOSPITAL**

C. What date and approximate time did the events giving rise to your claim(s) occur?
**APRIL 2 1115 APPROXIMATE PLEACE 8AM**

AOG THANKGOD PIEACE I C. PETERMICHAEL F. INNOCENCE
WHIIE EACH COMPIETE PIEACE TRUTH EIEMENTC PROCECC

**D. Facts:** PIEACE READ AII FROM TRUTH COMPIETE HANDWRITE STATEMENTS · THANK YOU AGAIN
THOSE TERRIBIE VIOIENT DANGER DESTROYING CRIMINAL PREMEDITATING MURDERERS DOCTORS, PSYCHIATRISTS, SHTA'S C.O.'S
*What happened to you?* TRIED TO KIII IN THAT VIOIENT DESTROYING PREMEDITATING MURDERERS SITUATIONS

AND MANY SITUATIONS IIIEGAI DANGER TERRIBIE DESTROYING TACTIC TO ME

*Who did what?* I NEVER EVER HAD ANY PERFECT BEING HEAITH PROBIEMS UNTII THOSE
TERRIBIE PREMEDITATING MURDERERS DESTROYING DANGER CORRUPT VIOIENT CRIMINAI DOCTORS PSYCHIATRISTS TERRIBIE VIOIENT

INTENTIONAI DELIBERATE DESTROYING TRING TO KIII ME WITH THOSE TERRIBIE IIIEGAI DANGER PSYCHOIOGICAI DRUGS???

*Was anyone else involved?* I AM NEVER NEVER PSYCHOIOGICAI III EVER AT AII EVER. I NEVER NEVER SCHIOPHRENIC EVER AT AII EVER
I NEVER NEVER NEED ANY TYPE MEDICATIONS EVER AT AII EVER
I don't KNOW IF I MAY REPRODUCE
AFTER I TOID THEM I SUFFER FROM EXCRUCIATING VERY SEVERE DAMAGE TO MY REPRODUCTIONS SYSTEMS

EXCRUCIATING VERY SEVERE DAMAGING PAINS IN MY HEART EXCRUCIATING EVERY SEVERE DAMAGING
*Who else saw what happened?* I Told AII THOSE DOCTORS PSYCHIATRISTS, NURSES, SHTA'S CORRECTION OFFICERS MEDICATIONS???
DESTROYED DAMAGED EXCRUCIATING VERY SEVERE MY COMPIETE · BEING · TRUTH

GRADUATE ANTI TERROR PIEACE TOP GRADUATE BRONX WORK AII MY IIFE
I BIRTH GROWTH PIEACE I PREACH I AM WORKING ON THEOIOGY TO 10 YEARS COIIEGE EDUCATION
THERE NEVER NEVER NEVER DNA EVIDENCE EVER AT AII EVER

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. THEY INTENTIONAI DELIBERATE COMPREHENSIOG THAT I NEVER NEVER NEED ANY MEDICATION WHATSOEVER
THOSE IIIEGAI TERRIBIE PSYCHOIOGICAI DRUGS · MEDICATIONS DESTROYED MY REPRODUCTIONS SYSTEMS SO MUCH
I don't KNOW IF I MAY REPRODUCE. I MAY BE PIEACE ON LEVOTHYROXINE THE RESTA MY IIFE. STOP MY THYROID FROM FAIIING
THEY PRESCRIBE A PIEACE PIII CAIIED LEVOTHYROXINE TO SAVE MY THYROID
FROM THE TERRIBIE INTENTIONAI DELIBERTE DAMAGE DESTROYING THOSE IIIEGAI PSYCHOIOGICAI · DRUGS??

DESTROYED MY COMPIETE PIEACE TRUTH COMPIETE BEING. AOG RIGHTEOUC GOD. WHOIE BEING.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CENTRAL NEW YORK PSYCHIATRIC CENTER · Old RIVER ROAD P.O BOX 300
MARCY NY 13403 OR 13404·0300

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ✓ Do Not Know ___

If YES, which claim(s)? All THOSE TERRIBlE PREMEDIATING MURDERERS SITUATIONS

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
AT THAT HOSPITAl

1. Which claim(s) in this complaint did you grieve? CORRUPT DOCTORS·POLICE·JRSTSOME·(GA) C.D's
All TERRIBlE VIOlENT DANGER DESTROYING CRIMINAl SITUATIONS TERRIBlE

2. What was the result, if any? THERE WAS A'PIEACE FEW PEOPlE THAT TAlK TO TRUTH ME
ANd WRITE MAIl

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. WRITE MAIl All PIEACE COURT MATTERS WRITE
I All MANY 'PIEACE MAIl THERE ANd IN PERSON

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I WANT All 'PIEACE THOSE THEM PIEACE CRIMINALS ARRESTED I AM PRESS'PIEACE FEDERAL AND CIVIL RIGHTS CHARGES AGAINST THEM GOD THANK GOD 'PIEACE CAll AND WRITE All AUTHORITY COMPIETE TRUTH CORRECT PIEACE PROTECT COMPIETE TRUTH JUSTICE JUDGE'PIEACE COMPIETE TRUTH CORRECT JUSTICE COURT PIEACE MATTER (AND THANK ALLAH) ANSWER PIEACE AGAIN

$25 MIllION COURT'PIEACE MATTER LAWSUIT·MONEY COMPENSATION

VI. Previous lawsuits:

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

*Rev. 05/2010*  5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of 11 , 20 15 .

Signature of Plaintiff  *Curtis Peter Michael Fortean*
Inmate Number  14A3317
Institution Address  GREAT MEADOW CORRECTION FACILITY
P.O BOX 51
COMSTOCK NY 12821-0051

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of 11 , 20 15 , I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  *Curtis Peter Michael Fortean*

# DEFENDANTS

HEALTH and HOSPITAL CORPORATION 125 WORTH STREET SUITE 510 NEW YORK NY 10013

KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

KAMRUL KHAN M.D CENTRAL NEW YORK PSYCHIATRIC CENTER Old RIVER Rd. P.O BOX 300 MARCY NY 13404 or 13404-0300 (13403)

M.D. JAY PASCUAL KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

CITY OF NEW YORK

MR. JIMENEZ (LAST NAME) R.N KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

R.N FORD (MS. LAST NAME) KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

DOCTOR SHEKU MAGONA M.D KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

DOCTOR KILUVIA (LAST NAME) M. DANNA M. KROSS CENTER C-95 19-18 HAZEN STREET EAST ELMHURST N.Y 11370

S.H.T.A RAWLINS (LAST NAME) KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

NURSE BENJAMIN VARONA NORTH CENTRAL BRONX HOSPITAL 3424 KOSSUTH AVENUE BRONX NY 10467

S.H.T.A MICHAEL STARK 19TH FLOOR BELLEVUE HOSPITAL CENTER 462 FIRST AVENUE NEW YORK NY 10016

S.H.T.A JESSE JOHNSON 19TH FLOOR BELLEVUE HOSPITAL CENTER 462 FIRST AVENUE NEW YORK NY 10016

PSYCHIATRIST ELIZABETH JACKSON LMSW CENTRAL NEW YORK PSYCHIATRIC CENTER Old RIVER Rd. P.O.BOX 300 MARCY NY 13403 13404 or 0300

S.H.T.A MR LARRY (LAST NAME) KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

PSYCHOLOGIST KATHREEN RODRIGUEZ JACOBI MEDICAL CENTER 1400 PELHAM PARKWAY·SOUTH·BRONX N.Y 10461

CENTRAL NEW YORK PSYCHIATRIC HOSPITAL CENTER Old RIVER Rd. P.O BOX 300 MARCY NY 13403 or 13404 or 0300

S.H.T.A VELEZ KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035·6098

CORRECTION OFFICER AUBIN (LAST NAME) CLINTON CORRECTION FACILITY 1156 RT 374 P.O BOX 2000 DANNEMORA NY 12929

PSYCHOLOGIST VICTOR CHAVEZ R.N JACOBI MEDICAL CENTER 1400 PELHAM PARKWAY·SOUTH·BRONX N.Y 10461

PSYCHOLOGIST GEORGE HARRIS R.N NURSE JACOBI MEDICAL CENTER 1400 PELHAM PARKWAY·SOUTH BRONX N.Y 10461

THE MAKERS A' ZYPREXA COMPANY·CORPORTION·HOSPITAL·

PSYCHOLOGIST YVE JEAN R.N JACOBI MEDICAL CENTER 1400 PELHAM PARKWAY·SOUTH·BRONX N.Y 10461

S.H.T.A ARIS (LAST NAME) KIRBY FORENSIC PSYCHIATRIC CENTER 600 EAST 125 STREET WARDS ISLAND NY 10035 6098

THE MAKERS A' RISPERDAL COMPANY·CORPORTION·HOSPITAL·

A06 Thank God Please IC. Peter Michael F. Innocence all day all month all years
While Each complete piece TRUTH Element Proc ecc
I NEVER EVER Kill EVER AT ALL EVER
I NEVER EVER Killed EVER AT ALL EVER
I AM NEVER EVER A KILLER EVER AT ALL EVER
I NEVER EVER WAS A KILLER EVER AT ALL EVER
I NEVER EVER ATTEMPT KILL EVER AT ALL EVER
I NEVER EVER ATTEMPTED KILL EVER AT ALL EVER

I NEVER EVER ATTEMPTING KILL EVER AT ALL EVER
I NEVER EVER MURDER EVER AT ALL EVER

I NEVER EVER MURDERED EVER AT ALL EVER
I NEVER EVER ATTEMPT MURDER EVER AT ALL EVER

∿∿∿∿∿∿∿∿∿∿∿∿∿
∿∿∿∿∿∿∿∿∿∿∿∿∿
∿∿
I NEVER EVER WAS ATTEMPTING MURDER EVER AT ALL EVER
I AM NEVER NEVER EVER A MURDERER EVER AT ALL EVER

I AM NEVER NEVER EVER GUILTY EVER AT ALL EVER
I NEVER EVER ATTEMPTED BEING A MURDERER EVER AT ALL EVER
I NEVER EVER ATTEMPTING MURDER EVER AT ALL EVER

I NEVER EVER EVER HAVE WEAPONS EVER AT ALL EVER

I AM NEVER EVER EVER A CRIMINAL EVER AT ALL EVER

I NEVER EVER EVER COMMIT CRIMES EVER AT ALL EVER

I NEVER NEVER NEVER INTENTION ANY TYPE WRONG EVER AT ALL EVER EVER EVER

I NEVER EVER INTENTION ANY TYPE EVER WRONG OR DESTRUCTION
OR NEVER NEVER TERRIBLE SITUATIONS EVER AT ALL EVER

I NEVER EVER INTENTION ANY TYPE EVER DANGEROUS OR VIOLENT
OR EVER NEVER CRIMES EVER AT ALL EVER

I NEVER EVER COMMITED ATTEMPT MURDER EVER AT ALL EVER
Curtis Peter Michael Fonteau 7AM OCTOBER 20 2015

I NEVER NEVER NEVER COMMIT KILL EVER AT ALL EVER
I NEVER EVER COMMIT KILLED EVER AT ALL EVER
I AM NEVER NEVER COMMIT KILLER EVER AT ALL EVER
I AM NEVER NEVER COMMITTING TO BE A KILLER EVER AT ALL EVER EVER
I NEVER NEVER WAS COMMITTING TO BE A KILLER EVER AT ALL EVER
I NEVER EVER COMMITTED TO BE A KILLER EVER AT ALL EVER EVER EVER

I NEVER EVER COMMITED ATTEMPTING TO BE A KILLER EVER AT ALL EVER
I NEVER EVER COMMIT ATTEMPT KILL EVER AT ALL EVER

I NEVER EVER NEVER COMMITING ATTEMPTING TO BE A KILLER EVER AT ALL EVER
I NEVER EVER NEVER COMMITTED ATTEMPTING TO BE A KILLER EVER AT ALL EVER

I NEVER EVER NEVER COMMITTED MURDER EVER AT ALL EVER
I NEVER EVER COMMITTED ATTEMPT MURDER EVER AT ALL EVER

I AM NEVER EVER COMMITING TO BE A MURDERER EVER AT ALL EVER EVER
I NEVER EVER WAS COMMITING ATTEMPT MURDER EVER AT ALL EVER

I NEVER EVER COMMITING ATTEMPTING MURDER EVER AT ALL EVER
I NEVER EVER COMMITED ANY TYPE ASSAULT EVER AT ALL EVER

I NEVER EVER ASSAULT EVER AT ALL EVER

I NEVER EVER COMMITED ANY TYPE ATTEMPT ASSAULT EVER AT ALL EVER EVER
I NEVER EVER WAS ASSAULTING EVER AT ALL EVER EVER

I NEVER EVER WAS ATTEMPTING ASSAULT EVER AT ALL EVER
I NEVER EVER COMMITED ATTEMPT ASSAULT EVER AT ALL EVER

I NEVER EVER WAS COMMITING ASSAULT EVER AT ALL EVER
I NEVER EVER ROB ANYONE EVER AT ALL EVER

I NEVER EVER COMMITING ANY TYPE ROBBERY EVER AT ALL EVER
I NEVER EVER WAS COMMITING ANY TYPE ROBBERY EVER AT ALL EVER

I NEVER EVER ATTEMPT ROBBING ANYONE EVER AT ALL EVER
I NEVER EVER COMMIT ATTEMPT ROBBERY EVER AT ALL EVER

I NEVER EVER WAS COMMITING ATTEMPT ROBBERY EVER AT ALL EVER

I AM NEVER NEVER A ROBBER EVER AT ALL EVER

I NEVER NEVER NEVER INTENTION ANY TYPE KILL EVER AT ALL EVER EVER
I NEVER NEVER NEVER INTENTION TO BE A KILLER EVER AT ALL EVER EVER
I NEVER NEVER NEVER INTENTION ANY TYPE ASSAULT EVER AT ALL EVER EVER

∿∿∿∿∿∿∿∿∿∿∿∿∿

I NEVER NEVER NEVER INTENTION ANY TYPE ROBBERY EVER AT ALL EVER

I NEVER NEVER NEVER INTENTION ANY TYPE ATTEMPT MURDER EVER AT ALL EVER

**A&6 THANK GOD**

AOGR **BIRTH EARTH** OAOREMGGA TRUTH AOGRAAAIH **GAAIXY** TREGBROONE ← MY NEW NAME
COMPLETE TRUTH ELEMENT' PIEACE I MAIL MY — NAME? CHANGE APPLICATION
POSSIBLE OCTOBER 2014 NO ANSWER YET (ANSWER PIEACE)
GOd THANK GOd' PIEACE JUSTICE HONOR JUDGE GRANT MY (TRUTH APPEAL COMPLETE)
TRUTH APPEAL GRANT' PIEACE RIGHTEDUC YOUR COMPREHENION COMPLETE TRUTH CORRECT

I NEVER NEVER NEVER ATTEMPT MURDER EVER AT ALL EVER    I NEVER NEVER NEVER INTENTION ANY TYPE ATTEMPT MURDER 2nd EVER AT ALL EVER EVER
IC. PETER MICHAEL F. BIRTH 2·5·83 NEVER EVER KILL EVER AT ALL EVER

---

HONOR **JUSTICE JUDGE**' PIEASE Daniel Conviser **JUDGE** NEW JUDGE ON MY HEARINGS

I WAS TOLD NEVER NOTHING ON MY HEARING TO PREPARE AHEAD A THAT SITUATION

ATTORNEY KEVIN M. CANFIELD THE DAY A ALL HEARINGS RIGHT IN FRONT THE JUDGE

JUDGE · ATTORNEY A·D·A N. VIORST HIS ASSISTANT ATTORNEY CANFIELD SAYING

POSSIBLE I DON'T KNOW HOW TRUE THAT ARE? THERE ARE LAWS WITH N.Y STATE

AND N.Y.C THAT WITH THEM NOTIFYING ME AHEAD A THAT SITUATION THAT THEY NEVER SAYING

COMPLETE TRUTH WORDS· PIEACE APPEAL COMPLETE TRUTH JUDGE COMPREHENION (THINK RIGHTEDUC)
                                    2015 on PREMEDITATED MURDERERS TERRIBLE YEARS OF PREMEDITATED CORRUPT CRIMINAL ILLEGAL CRIME ORGANIZATIONS
THOUGHTS ALL dAY' PIEASE ALL MONTH (ALL YEARS) THOSE TERRIBLE ILLEGAL POLICE C.O'S E.T.C · DOCTORS NURSES · E.T.C
                                                                                             VIOLENT
ARE LOOKING TRING WITH THERE TERRIBLE ILLEGAL DESTROYING DAMAGING TACTICS TO KILL ME

AT THOSE SITUATIONS THEY ILLEGAL SET UP· THERE WAS ILLEGAL D.A N. VIORST

LIEING NEVER TALKING ANY COMPLETE TRUTH ON ANYTHING AT THAT NEVER EVER **TRUTH TAPE**

THEY WITH HELD' AT THE HEARING ALL THOSE LIEING NEVER EVER (TRUTH) TALKING OFFICERS

AT THE HEARING' PIEACE I QUOTE COURT MINUTES COURT AT THE BEGINNING THERE
              · TAX RETURNS· GOVERNMENT?   A) MURRAY MIRIAM YVETTE FORTEAU MAIDEN NAME ANTOINE
THOUSAND A MY' PIEASE MONEY' THAT THEY HOLDING BECAUSE CLYDE HOLLIS JASON FORTEAU
WITH MANY PREMEDITATED MURDERERS AN WITH TERRIBLE DANGER WHITE SITUATIONS TAX RETURNS IRS PRIVATE PERSONAL PAPERWORK
JEROME CHRISTOPHER CECIL FORTEAU AMANDA ZIEMINSKI TOOK MY IDENTITY AN DESTROYED MANY SITUATIONS

(2)