PREMEDITATED MURDERERS    TERRIBLE    CORRUPT VIOLENT    CRIMINAL ILLEGAL CRIME ORGANIZATIONS ORGANIZED
THEY ALL ARE NEVER EVER FAMILY TO ME EVER AT ALL EVER. THEY ALL WITH TERRIBLE CORRUPT CRIMINAL NYS JUDGES
TERRIBLE DANGER VIOLENT    TERRIBLE    DANGEROUS    VIOLENT TERRIBLE
WORKERS E.T.C AT THE HOSPITALS. PHYSICANS. NURSES. PATIENTS ROBBED MILLIONS
                           . DESTROYING. HARMING.
FROM POOR SUFFERING HURTING PEOPLE POSSIBLE ALL AROUND AMERICA. MANY PROOF
I OBTAIN MANY NEWSPAPERS & NEWS CHANNEL BROADCAST MATERIAL THOSE TERRIBLE PREMEDITATED MURDERERS TOOK AWAY LIFE INSURRANCE
THERE ALL THOSE WAS AT NEWSPAPERS NEWS REPORTS AN SOME OF THEM TOOK MEMORIAL VICTIMS SEPTEMBER · 11TH ENTITYS
SOME IMPORTANT NEWSPAPERS & NEWS REPORTS I MAIL TO MY HOUSE ?                  THEY PREMEDITATED MURDER
LIFE INSURRANCE MONEY AND THOSE TERRIBLE DANGER CRIMINAL JUDGES AN OFFICERS WITH POSSIBLE RESPONSIBLE

THEY THOSE I PIEACE COMPLETE TALKING TRUTH ON NEVER EVER ANYTHING EVER TO ME EVER AT ALL EVER EVER
MANY WHEN THOSE TERRIBLE DANGER CORRUPT DESTROYING CRIMINALS WERE ARRESTED SELLING ILLEGAL DRUGS/PRESCRIPTION DRUGS
THOSE ARE TERRIBLE DANGEROUS DESTROYING VERY DAMAGING CORRUPT CRIMINAL MANY SPANISH · WHITE
PREMEDITATED MURDERERS TERRIBLE CORRUPT CRIMINAL ILLEGAL CRIME ORGANIZATIONS ORGANIZED AT NEW YORK
MAIN MANY THOSE TERRIBLE CORRUPT CRIMINAL ILLEGAL ORGANIZATIONS AROUND NEW YORK
THEY OBTAIN JOBS TAKE ADVANTAGE A POOR HURTING WEAKER PEOPLE
THE PROOF ALL PIEACE AROUND NEW YORK MANY THEM KILL · PREMEDITATED MURDERER TERRIBLE CORRUPT ILLEGAL TACTICS DESTROYING SITUATIONS

I SUFFER EXCRUCIATING VERY SEVERE PAIN TO MY REPRODUCTION SYSTEM AND TO MY HEART AND COMPLETE BEING
WHITE
FEMALE ELIZABETH SEPULVEDA          I WENT MY 2004 PIEASE          PHYSICAN RECEIVED MY CURE ANTIDOTE
SPANISH INTENTIONAL PREMEDITATED INFECTED ME WITH AN STD CHLAYMEDIA SHE NEVER TOLD ME ANYTHING
                         FORDHAM     BEDFORD PARK
I AM BORN PIEASE BRONX N·Y·C MAIN PIEACE GRAND CONCOURSE KINGSBRIDGE TO 203rd STREET
                      THEY PUT GUNS TO    MY   HEAD ROBBED ME  MY  RACING COAT
WHEN I WAS POSSIBLE 12 YEARS GROWN SPANISH MEN LOOKING AS UNDERCOVER OFFICER TRIED TO KILL ME
I NEVER EVER PSYCHOLOGICAL ILL EVER AT ALL EVER  I NEVER EVER NEED ANYTHING FROM MENTAL HEALTH EVER AT ALL EVER
I NEVER NEVER NEVER NEED ANY TYPE A MEDICATIONS EVER AT ALL EVER EVER
I COMPLETE TRUTH PIEACE WORKS CORRECT STRONG ELEMENTS WHITE EACH COMPLETE CORRECT TRUTH ELEMENT PROCECC
                    PREACH 11TH PIECE 10TH YEARS
I PREACH I PIEACE WORKING ON THEOLOGY AT COLLEGE I TOP A PIEACE MY GRADUATION ALL DAY ALL MONTH ALL YEARS
              COMPLETE
              TRUTH       AND SECURITY
I GRADUATION TOP PIEACE ANTI TERROR SECURITY GUARD CPR MANY MORE CERTIFICATIONS ON MY RECORDS
I NEVER NEVER NEVER WANT THEM AROUND ME EVER AT ALL EVER EVER EVER  I NEVER EVER NEED ANYTHING FROM THEM EVER AT ALL EVER EVER EVER
I NEVER NEVER NEVER WAS IN ANY TYPE SPECIAL EDUCATION EVER AT ALL EVER
A MILLION DOLLARS PIEASE LAW SUIT   YOUNG
                                    YOUTH        · TRANSIT MTA·
I WON MY PIEASE COURT MATTER THAT WHEN I WAS 7·8 OR 9 YEARS A BIG BIG BUS ALMOST KILLED ME · 1997 BEFORE WE

MOVED TO MY PIEACE NEW HOUSE · HOLLIS PETER FORTEAU PAST AWAY ANARISM POSSIBLE ·
           THEY CHANGED  MY PIEACE GRADES ·
ON MY RECORD PIEACE I NEVER EVER FAILED OUT A SCHOOL EVER · EVERY SITUATION I ASK ON MY RECORDS THEY SAY MY RECORDS MISSING
I NEVER EVER DID ANYTHING EVER AT ALL EVER ·  I NEVER EVER WAS DOING ANYTHING EVER AT ALL EVER
I NEVER NEVER NEVER EVER WRONG ANYONE EVER EVER MANY THERE TERRIBLE VIOLENT ILLEGAL WORKERS NEVER WANT ME TO PROGRESS
7·17·2012 AOG THANK GOD PIEACE I WOKE UP
I NEVER EVER KILL EVER AT ALL EVER I NEVER EVER COMMITED ATTEMPT MURDER EVER AT ALL EVER
    (PREMEDITATED MURDERERS)
THEY TRIED GROUP SPANISH PEOPLE KILLING ME FIRST AT THAT SITUATIONS AND AT MANY SITUATIONS
           · HEALTH LIFE ·
I FELT MY PIEACE BEING IN GRAVE DANGER
              · HEALTH LIFE ·
AND I FEAR FOR MY BEING TERRIBLE MURDERERS KILLING ME I PROTECTED MY SELF IN THAT SITUATIONS AND MANY SITUATIONS

I NEVER NEVER NEVER ATTEMPT MURDER EVER AT ALL EVER. I NEVER NEVER NEVER INTENTION ANY TYPE ATTEMPT MURDER 2nd E VER AT ALL EVER EVER
         2015
DOM 29 · MAY              AGGRESSION WITH LOUD MESSAGE TRUTH ADRIANA I HEAR IX TREE BRONX NE

③

First

I. MAKE MANY'PIEACE COMPLETE TRUTH POLICE REPORTS ON RECORD

I QUOTE COURT'PIEACE COURT MINUTES COURT AT THE BEGINNING

I EACH DAY'PIEACE MAILED MANY MOTIONS 2012·13 2014 AND 2015
THEY WAS SMOKING AT 19TH PERCENT POLICE ROOM & DET CURET WAS WITH THEM THEY NEVER EVER SAYING COMPLETE TRUTH WORD AFTER THOSE VERY VIOLENT TERRIBLE DANGEROUS DESTROYING OFFICERS LIED ALMOST THE COMPLETE COURT PROCEEDING MINUTES

PLEASE READ ALL' FROM ATTACH PAPERWORK

(4)

A06

7.17.2012 AOS Thank God 'Pieace IC Peter M_____ F 2-5-83 Innocent White _____ pieace _____

A D___ BIRTH EARTH On or ____ TRUTH ABRAHAM _____ REG _____ Pieace Truth _____

I NEVER EVER KILL EVER AT All EVER · I NEVER NEVER NEVER INTENTION ANY TYPE KILL EVER AT All EVER EVER EVER

~~~~~~~~~~~~~~

I NEVER EVER COMMITED ATTEMPT MURDER EVER AT All EVER · I NEVER NEVER NEVER INTENTION ANY TYPE ATTEMPT MURDER 2nd EVER AT All EVER EVER

I NEVER NEVER NEVER A MURDERER EVER AT All EVER · I NEVER NEVER COMMITED BEING ANY TYPE KILLER EVER AT All EVER EVER EVER

I AM NEVER NEVER EVER GUILTY EVER AT All EVER · I NEVER NEVER NEVER COMMIT CRIMES EVER AT All EVER

7.17.2012 I THANK GOD 'PIEACE I WOKE UP

I NEVER NEVER NEVER ATTEMPT MURDER EVER AT All EVER · I NEVER NEVER NEVER INTENTION ANY TYPE ATTEMPT MURDER 2nd EVER AT All EVER EVER

THOSE VERY TERRIBLE SPANISH DANGER. VIOLENT ILLEGAL PEOPLE TRIED KILLING ME FIRST AT THAT SITUATION AN MANY SITUATIONS
THAT DAY I WAS AT A SHELTER ON RANDAL ISLAND IN THAT SITUATION AND MANY SITUATIONS
I FELT MY 'PIEACE BEING (HEALTH LIFE SOUL) IN DANGER GRAVE DANGER
I FEAR THAT 'PIEACE BEING (HEALTH LIFE) TERRIBLE PIEACE PREMEDITATING MURDERER/KILLING ME I PROTECTED COMPLETE TRUTH MYSELF
AOS THANK GOD 'PIEACE I AM COMPLETE TRUTH CORRECT (ALIVE PERFECT HEALTH) _____

I NEVER NEVER NEVER ATTEMPT MURDER EVER AT All EVER · I NEVER NEVER NEVER INTENTION ANY TYPE ATTEMPT MURDER 2nd EVER AT All EVER EVER


2015
7.14.27 · MAY A ___ BIRTH EARTH On or ____ TRUTH ABRAHAM _____

# Bill A Rights' United States A America

**Right Amendment 8TH, 1791** Excessive bail shall not be required nor excessive fine imposed nor cruel and unusual punishments inflicted.

**Right Amendment 14TH, 1868** All persons born or naturalized in the United States America and subject to the jurisdiction there, are citizens the United States and the state where they reside. No state shall make or enforce any law that abridge the privileges or immunities a citizens a United States America. Never any state deprive any person life liber free or property without due process a law. Never deny any person within its jurisdiction the equal protection a law ..... Part 3 No person shall be a senator or representative at Congress or elector president and vice president or hold any office civil or military with United States or with any state who having previous accept oath a member Congress or a patrolman a United States or member any state legislature or executive or judicial patrolman a any state to support the Bill a Rights a United States never engage in insurrection or rebellion against the same or give support comfort to the enemy there. Congress may vote two thirds each house remove such disability.

Part 4 The validity the public debt the United States authorized law, including debts incurred payment pensions and bounty's that work situations in suppressing insurrection or rebellion never questioned. Neither the United States nor any state assume or pay an debt or obligation incurred never helping insurrection or rebellion against the United States or any claim the loss or emancipation all free beings · all brown black. All such debts' peace obligations and situations are hold illegal and void claim. Part 5 The Congress House power to use · work · this article the provisions article by appropriate legislate

GOd THANK GOd

# BIll A RIGHTS' UNITed STATE AMERICA

RIGHT AMENdMENT ONE 'PIEACE (1791)
GOVERNMENT COMPIETE TRUTH 'PIEALE MAKE CORRECT LAW ESTABIISHMENT RELIGOUS 'FREE RELIGION.
COMPIETE TRUTH
FREE SPEECH FREE 'PIEACE PRESS RIGHT PEOPIE PEACEABIE WORK TOGETHER

PETITION GOVERNMENT GRIEVANCE
(1791)
RIGHT AMENdMENT 3' NO SOldIER AT TIME A PEACE BE QUARTEREd IN ANY HOUSE
WITHOUT PERMISSION OWNER NEVER AT TIME WAR. MANNER PRESCRIBE LAW.

WE THE PEOPIE' UNITEd STATE AMERICA TO FORM A MORE PERFECT UNION.
'WORK'
COMPIETE JUSTICE PROUIdE 'PIEACE COMMON 'PIEACE PROTECTION
.WEIFARE. ·RIGHTEOUC·                    ·JUSTICE·
CREATE SOCIETY CARE ANd PROTECT TRUTH COMPIETE LIBERTY

COMPIETE TRUTH PROTECT' PIEACE PROGRESSION CONSTITUTION UNITEd STATE AMERICA.


MARTIN LUTHER KING JR. MARCH ON WASHINGTON AUG. 28·1963 'QUOTE" REWRITE'
I HAVE A' DREAM THAT ONE DAY NATION RISE UP???
         PROOF           PEOPIE?
WE Hold TRUTH' To BE SELF EVIdENT THAT All MAN
COMPIETE TRUTH CORRES,
ARE CREATE EQUAl 'PIEACE I HAVE A dREAM THAT ONE dAY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
?SONS A AFRICA? FORMER SIAVES? SONS OF THOSE THAT TRIEd KIIING EVERYONE · RACE All BROWN All BIACK INDIAN
PEOPIE A AFRICA'? THOSE THAT TRIEd KIlING AFRICA PEOPIE

              BROTHERHOOd?      ? OUR HOPE?
SIT AT A' PIEACE TABIE A BROTHER TOGETHER WE PRAY

GOd FREE All 'PIEACE TOGETHER ONE dAY FREE 'PIEACE TOGETHER
RIGHTEOUC FAITH WE 'PIEACE WORK TOGETHER TO PRAY TOGETHER?
GOd YOUTH TAIK 'PIEACE COMPIETE CORRECT TRUTH

File 3907-12

Forteau, Curtis

①

TO:

FROM: CURTIS PETER MICHAEL FORTEAU BOOK & CASE # 8951300534

A.M.K.C C-95
1818 HAZEN ST
EAST ELMHURST, N.Y. 11370

I AM WRITING YOU THIS LETTER TO INFORM YOU AND I NEED YOU TO PLEASE INVESTIGATE ALL MY IMPORTANT SERIOUS MAJOR ISSUES ABOUT MY HUMAN AND CIVIL RIGHTS BEING VIOLATED IN ALMOST EVERY WAY.

I AM BORN AN RAISED IN THE BRONX N.Y.C. I NEVER EVER WAS IN ANY TYPE OF SPECIAL EDUCATION CLASSES IN SCHOOL EVER AND NEVER IN ANY TYPE OF PSYCHOLOGICAL CLASSES EVER. I GREW UP IN TOP CLASSES IN SCHOOLS AND MY GRADES WERE NEVER FAILING. I AM NEVER EVER BORN WITH ANY PSYCHOLOGICAL ILLNESSES AND I AM NEVER EVER SCHZOPHRENIC EVER.

I PREACH I AM WORKING ON THEOLOGY IN COLLEGE TO BE A PREACHER. I AM A (SUPERVISOR)(SEASONAL) CITY PARK WORKER WITH N.Y.C. I AM A CERTIFIED SECURITY GUARD WITH N.Y STATE CERTIFIED IN ANTI-TERRORISM C.P.R AND MANY OTHER CERTIFICATIONS.

I HAVE BEEN LOOKING FOR THE RIGHT RESOURCES (ATTORNEYS, CORRECT OFFICE AND AGENCIES TO NOTIFY E.T.C.) THAT THEY COULD RESPOND TO ME AS SOON AS POSSIBLE. I AM SUFFERING FROM MANY MANY EXCRUCIATING VERY SEVERE DAMAGING DESTROYING HARSH HARMFULL PAINS THROUGH MY ENTIRE BODY.

②

SOME OF MY MOST IMPORTANT SERIOUS MAJOR ISSUES THERE HAS BEEN ALOT OF VERY SEVERE VIOLENT AND HARMFULL AND WRONG THINGS DONE TO ME (ALOT OF ROBBING AND THIEVING DONE TO ME) THERE ARE ALOT OF BAD EVIL PEOPLE THAT NEVER EVER WANT ME TO RIGHTOUS PROGRESS IN ANYWAY. THERE ARE POSSIBLE ALOT OF THEM THAT WORK IN POLITICAL OFFICES AND MANY OTHER GOVERNMENT AGENCIES THAT ARE USING THERE POWERS ILLEGAL HOLDING ME IN PSYCH WARDS ATTACKING ME TRYING TO KILL ME SO THAT THE TRUTH NEVER EVER COMES OUT. I NOTIFIED MORE THAN ONE AUTHORITY AGENCY ON ALL MY IMPORTANT MAJOR ISSUES SOME NEVER EVER DID ANYTHING ABOUT ANYTHING. FROM THE AFFECTS OF ALL THOSE PSYCHOLOGICAL MEDICATIONS THE DOCTORS, PSYCHIATRISTS NURSES E.T.C ARE PRESCRIBING THERE VERY SEVERE EXCRUCIATING DAMAGING DESTROYING MY HEALTH. I AM EXPERIENCING SUFFERING WITH EXCRUCIATING VERY SEVERE DAMAGING TERRIBLE DESTROYING HEART PAINS THAT FEEL LIKE SHARP NEEDLES ARE IN MY HEART FROM ALL THOSE TERRIBLE DESTROYING DAMAGING ILLEGAL PSYCHOLOGICAL DRUGS. MEDICATIONS PSYCHOLOGICAL MEDICATIONS AND INVEGA SUSTENNA (Paliperidone PALM INJECTION (RISPERIDONE CONSTA) TOO. MANY MORNINGS I WAKE UP SUFFERING IN EXCRUCIATING VERY SEVERE PAINS AND I CANNOT MOVE. I SUFFERED A FORM OF A HEART ATTACK VERY EXCRUCIATING AND SEVERE IN 2007 FROM THE AFFECTS OF (RISPERIDONE CONSTA). I WAS IN NORTH CENTRAL BRONX HOSPITAL ALMOST A MONTH SOON AFTER THIS SITUATIONS THE DOCTORS THAT WAS PRESCRIBING (RISPERIDONE CONSTA) REMOVED ME FROM THOSE PSYCHOLOGICAL MEDICATIONS. IN APPOINTMENTS WITH DOCTORS AT BELLEVUE HOSPITAL AND RIKERS ISLAND I REPORTED EVERYTHING I AM SAYING NOW TO YOU AND THE DOCTORS, PSYCHIATRISTS, NURSES AND STAFF E.T.C NEVER EVER HELP ME IN ANYWAY.

③

MY REPRODUCTION SYSTEM IS ALSO BEING VERY SEVERE DESTROYED FAILING (NOTE: I Dr NOT KNOW IF I COULD MAKE CHILDREN) ALL THOSE PSYCHOLOGICAL MEDICATIONS AND INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) EXCRUCIATING VERY SEVERE DAMAGED DESTROYED MY REPRODUCTION SYSTEMS SO MUCH THAT WHEN I AM TRING TO HAVE ERECTION MY (PENIS) NEVER DOES WORK AND MANY SITUATIONS WHEN I AM HAVING SEXUAL INTERCOURSE I NEVER EJACULATE (NOTHING COMES OUT OF MY PENIS). BEFORE I WAS ON ANY PSYCHOLOGICAL MEDICATIONS. I NEVER EVER HAD ANY OF THESE MEDICAL HEALTH PROBLEMS. I AM ALSO LIVING WITH SUFFERING WITH EXCRUCIATING VERY SEVERE DAMAGING BACK PAINS IN MY LOWER SPINAL COLUMN (DISK) THESE VERY EXCRUCIATING SEVERE DAMAGING PAINS ARE INTENSE PAINS ALL DAY LEAVING ME SOME DAYS PARALYZED ALL DAY. SOME SITUATIONS FOR WEEKS (UNABLE TO COOK FOR MYSELF OR WORK OR DO ANYTHING FOR MYSELF). (NOTE: WORDS FROM DOCTORS) THE DOCTORS, PSYCHOLOGISTS, NURSES AND STAFFS DO NOT EVEN KNOW FOR SURE WHAT ALL THE BAD SEVERE SIDE AFFECTS OF THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) CONTAIN, NEITHER DOES THE MAKERS OF THOSE MEDICATIONS (NOTE: ALL INFORMATION HERE IN PERTAIN TO MY LAWSUITS). FROM THE AFFECTS OF ALL THOSE PSYCHOLOGICAL MEDICATIONS -DRUGS- AND INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) MORE THAN ONE DOCTORS, PSYCHIATRISTS, NURSES E.T.C TOLD ME MY THROIDS ARE FAILING. I AM SENDING AS PROOF MY HEALTH RECORDS I AM BEING PRESCRIBED LEVOTHYROXINE 75mg TABLET TO HELP MY THROIDS.

⑤

ONE OF MY MOST IMPORTANT SERIOUS MAJOR ISSUES I WANT TO SUE FOR $1 MILLION PLUS DOLLARS IS ON THE APPROXIMATE DATE AND TIME WAS AUGUST. 05. 2012 1PM AT BELLEVUE HOSPITAL WARD 19 WEST IN THE HALLWAY NEAR RECREATION ROOM (IN THE CITY OF MANHATTAN N.Y.C. THE CORRECTIONS OFFICERS AND NURSING STAFF THERE USED ALOT OF VERY CRUEL AND VERY SEVERE HARSH VIOLENT HARMFULL ILLEGAL WAYS ON ME TO HANDLE MANY SITUATIONS AT THE HOSPITAL. ALL SITUATIONS I AM SPEAKING ON ARE ON CAMERA WITHIN THE HOSPITAL. ONE OF THE CORRECTION OFFICERS THERE BROKE A FINGER ON MY LEFT HAND CAUSING ME EXCRUCIATING VERY SEVERE PAINS AND FEAR FOR MY LIFE I LOST COMPLETE NORMAL USES OF MY LEFT HAND FROM THAT DAY TO TODAY AND MY INJURIES, DAMAGES AND EXCRUCIATING VERY SEVERE PAINS IS ON GOING FROM AN UNPROVOKED KICK TO MY LEFT HAND. (NOTE: THEY HELD ME AT BELLEVUE HOSPITAL AFTER THEY KNEW WHAT THEY DID TO ME, SO I COULD NOT GET IN CONTACT WITH THE CORRECT AUTHORITIES). BUT I DID MAKE REPORTS TO SOME AGENCIES ABOUT ALL THE VERY CRUEL AND EXCRUCIATING VERY SEVERE HARSH VIOLENT HARMFULL ILLEGAL SITUATIONS.

⑦

THE STAFF THERE SEEN WHAT HAPPENED TO ME AND DID NOTHING. SOME NURSES AND DOCTORS CAME TO ME BEFORE I WENT TO MY ROOM AND ASK ME WHAT WAS HURT? AND COULD THEY LOOK AT MY HAND? (NOTE: BUT I KNEW THEY WERE NEVER TRING TO BE HELPFULL THEY WANTED TO KNOW IF MY HAND WAS BROKE TO HURT ME MORE). (NOTE: THEY SEEN WHAT HAPPENED TO ME AND DID NOTHING TO HELP ME, ALMOST THE WHOLE TIME THEY HELD ME EXTRA MONTH FOR NO REASON THERE WAS ALOT OF VERY CRUEL AND EXCRUCIATING VERY SEVERE DAMAGING, DESTROYING VIOLENT ILLEGAL SITUATIONS ATTACKING ASSAULTING ME FROM CORRECTIONS OFFICERS (I DON'T KNOW THERE NAMES) THE NURING STAFF AND FROM INMATES THAT WAS INSTIGATED (TOLD BY THE STAFF TO VERY SEVERE DAMAGING, DESTROYING ATTACK, ASSAULT ME) IN BELLEVUE HOSPITAL. SO WHEN THEY ASKED THAT QUESTION ABOUT MY HAND? I SAID NOTHING BUT I AM ALRIGHT. NOW THAT I AM AT RIKERS ISLAND I ALREADY SENT YOU PROOF OF EVERY THING I SAID (NOTE: MY MEDICAL RECORD AND SOME INFORMATION ON SOME X-RAY I RECEIVED, I AM ALSO RECEIVING SOME MEDICAL TREATMENT. I AM ON SOME PAIN MEDICATIONS FOR MORE THAN ONE REASON. THIS PARTS OF THIS LETTER INDICATES MAINLY SPECIFIC SITUATIONS IN BELLEVUE HOSPITAL BUT THERES ALOT MORE I REALLY NEED INVESTIGATED I WILL SPEAK ON AS SOON AS POSSIBLE.

ANTONIO MIGUEL PRAZIER
COMMISSIONER OF DEEDS
No. 2-13375
Qualified in Queens County
Commission Expires July 1 2014

*Antonio M. Prazier* (signature)

2/21/14