UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PETER MICHAEL FORTEAU,

                Plaintiff,

-against-

HEALTH AND HOSPITAL CORP., ET AL.,

                Defendants.

15-CV-9686 (LAP)

CIVIL JUDGMENT

    Pursuant to the order issued January 15, 2016, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 15, 2016
          New York, New York

                                        _Loretta A. Preska_
                                          LORETTA A. PRESKA
                                       Chief United States District Judge